# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDIE CALAHAN,<br>　　　Plaintiff,<br>　v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>　　　Defendant. | )<br>)<br>)<br>)<br>) **Case No.: 2:12-cv-101-MAM**<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

　　NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.


　/S/ Craig Thor Kimmel
　Craig Thor Kimmel, Esquire
　Attorney ID # 57100
　Kimmel & Silverman, P.C.
　30 E. Butler Pike
　Ambler, PA 19002
　Phone: (215) 540-8888
　Facsimile: (877) 788-2864
　Email: kimmel@creditlaw.com